William Joseph PRICE, III, Plaintiff—Appellant,

v.

NATIONAL SURETY CORP, Defendant—Appellee,

and

Washington Alpha Delta Phi, a fraternal association, Defendant.

No. 01–35251.

D.C. No. CV–00–00568–TSZ.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 3, 2002.

Decided June 19, 2002.

Before BRUNETTI, TROTT and McKEOWN, Circuit Judges.

### ORDER*

For the reasons articulated by Judge Zilly in his order dated February 12, 2001, we **affirm** the judgment of the district court granting summary judgment to National Surety Corporation.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.